

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00048-CR

JASON CLEDIS MORGASON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th District Court
Gregg County, Texas
Trial Court No. 47707-B

Before Morriss, C.J., Burgess and Stevens, JJ.

O R D E R

Appellant Jason Cledis Morgason was convicted of possession of a controlled substance and, after enhancement, was sentenced to ten years' imprisonment. Morgason has appealed from that conviction and the resulting sentence. On July 25, 2019, Morgason's court-appointed appellate counsel, Lew Dunn, filed an *Anders*[1] brief, and on August 2, 2019, Morgason filed a pro se motion for access to the appellate record for purposes of preparing a response to his counsel's *Anders* brief. Under *Kelly v. State*,[2] we are required to enter an order specifying the procedure to be followed to ensure Morgason's access to the record.

Dunn advised this Court that on August 6, 2019, he mailed a complete paper copy of the appellate record to Morgason. The record also contains a digitally recorded exhibit. We hereby instruct our clerk to forward a copy of the digitally recorded exhibit to Morgason, care of Samuel Ramirez, Lynaugh Unit, 1098 S. Highway 2037, Fort Stockton, Texas 79735. Allowing fifteen days for the complete record to be delivered to Morgason and giving Morgason thirty days to prepare his pro se response, we hereby set September 23, 2019, as the deadline for Morgason to file his pro se response to his counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

DATE:        August 7, 2019

---

[1]*See Anders v. California*, 386 U.S. 738 (1967).

[2]*Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).